UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| SATISFACTION FULFILLED, LTD., and PEERMUSIC (UK) LTD.<br>Plaintiffs, | : | No. 1:23-cv-03390 (PAC) |
| v. | : | **NOTICE OF MOTION TO DISMISS THE FOURTH CLAIM FOR RELIEF** |
| SONY MUSIC PUBLISHING LLC,<br>Defendant. | : | |

-------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, all pleadings and papers on file in this case, and such additional authority and argument as may be presented at or before the time this motion is submitted, Defendant Sony Music Publishing, LLC, by and through their undersigned counsel, will move this Court, located at 500 Pearl Street, New York, NY 10007, Courtroom 14D, as soon as counsel may be heard, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Fourth Claim for Relief in the Complain (Dkt. 1). Pursuant to the Minute Entry dated July 12, 2023, opposition and reply papers, respectively, are to be filed on or before September 12, 2023, and September 29, 2023.

Dated: New York, New York
August 11, 2023

SHAPIRO ARATO BACH LLP

By: /s/ Cynthia S. Arato
Cynthia S. Arato
Bronwyn C. Roantree

1140 Avenue of the Americas
New York, NY 10036
Telephone: (212) 257-4882
carato@shapiroarato.com
broantree@shapiroarato.com

*Attorneys for Defendant Sony Music Publishing LLC*